MANATT, PHELPS & PHILLIPS, LLP
MANDANA MASSOUMI (SBN 191359)
mmassoumi@manatt.com
DEBORAH OLALEYE (SBN 315838)
dolaleye@manatt.com
695 Town Center Drive, 14th Floor
Costa Mesa, California 92626-1924
Telephone: (714) 371-2500
Facsimile: (714) 371-2550

*Attorneys for Defendant*
TARGET CORPORATION

Jihad M. Smaili, Esq. (SBN 262219)
Zien M. Halwani, Esq. (SBN 322040)
SMAILI & ASSOCIATES, PC
Civic Center Plaza Towers
600 W. Santa Ana Blvd, Suite 202
Santa Ana, California 92701
Telephone: 714-547-4700
Facsimile: 714-547-4710
jihad@smaililaw.com
zien@smaililaw.com

*Attorneys for Plaintiff*
IRMA YOLANDA FLORES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA YOLANDA FLORES, | Case No. 8:20−cv−01194−DOC−DFM |
| Plaintiff, | Hon. David O. Carter |
| v. | **ORDER ON STIPULATED PROTECTIVE ORDER** |
| TARGET CORPORATION, a corporate entity form unknown; and DOES 1 - 50, inclusive, | Action Filed: May 26, 2020 |
| Defendants. | Action Removed: July 6, 2020 |

## **ORDER**

Pursuant to the Stipulated Protective Order ("Joint Stipulation") filed by Plaintiff Irma Yolanda Flores and Defendant Target Corporation, filed with this Court on August 17, 2020, and good cause appearing, the Court rules as follows:

IT IS HEREBY ORDERED that the Joint Stipulation is entered as an Order of the Court.

IT IS SO ORDERED.

Dated: August 19, 2020

_____
Honorable Douglas F. McCormick
United States Magistrate Judge